SEELYE et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 17, 1901.) No. 1,529. In Error to the District Court of the United States for the District of Minnesota. C. O. Baldwin, for plaintiffs in error. Robert G. Evans, U. S. Atty. Dismissed per stipulation, without costs to either party in this court.

STAHL, County Treasurer, v. STREET. (Circuit Court of Appeals, Eighth Circuit. May 23, 1901.) No. 1,540. Appeal from the Circuit Court of the United States for the District of Kansas. R. B. Welch, Henry Keeler, Charles D. Welch, D. R. Hite, and W. A. S. Bird, for appellant. Rossington, Smith & Dallas, for appellee. Dismissed, with costs, on motion of appellee.

STANBAUGH v. SAN LUIS VALLEY LAND & MINING CO. (Circuit Court of Appeals, Eighth Circuit. May 20, 1901.) No. 1,551. In Error to the Circuit Court of the United States for the District of Colorado. Charles J. Hughes, Jr., for plaintiff in error. Edward O. Wolcott, Joel F. Vaile, and C. W. Waterman, for defendant in error. Dismissed, with costs, pursuant to rule 23 (31 C. C. A. cxxvi., 90 Fed. cxxvi.), for failure to print the record, on motion of defendant in error.

TREAT v. WHITE. (Circuit Court of Appeals, Second Circuit.) Questions certified to the supreme court. See 21 Sup. Ct. 611, 181 U. S. 264, 45 L. Ed.

TYNON et al. v. CROWELL. (Circuit Court of Appeals, Eighth Circuit. March 11, 1901.) No. 1,531. In Error to the Circuit Court of the United States for the Indian Territory. John B. Turner and George B. Denison, for plaintiffs in error. J. S. Davenport, for defendant in error. Dismissed, with costs, pursuant to stipulation of the parties.

UNION SWITCH & SIGNAL CO. v. HALL SIGNAL CO. (Circuit Court of Appeals, Third Circuit. March 8, 1901.) No. 22. Appeal from the Circuit Court of the United States for the Western District of Pennsylvania. Dismissed under rule 20 (31 C. C. A. clxii., 90 Fed. clxii.).

UNITED STATES ex rel. PAINE et al. v. PHILIPS, Judge. (Circuit Court of Appeals, Eighth Circuit. May 23, 1901.) No. 24. Petition for Mandamus. C. H. Nearing, for petitioners. Gardiner Lathrop, for respondent. Stricken from the docket at the costs of petitioners.

UNITED STATES FIDELITY & GUARANTY CO. v. UNITED STATES, to Use of GOLDEN PRESSED & FIRE BRICK CO. (Circuit Court of Appeals, Eighth Circuit. April 8, 1901.) No. 1,568. In Error to the Circuit Court of the United States for the District of Colorado. Andrew W. Gillette, for plaintiff in error. Dismissed, with costs, on motion of plaintiff in error, with leave to withdraw transcript to be used as return to new writ of error.